

**ENTERED**
**TAWANA C. MARSHALL, CLERK**
**THE DATE OF ENTRY IS**
**ON THE COURT'S DOCKET**

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 15, 2009**                              **United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | § |
| | § |
| Charles Raymond Ford, Jr. | § CASE NO. 08-70451-HDH-13 |
| AND | § |
| Victoria Ford | § |
| DEBTORS | § |

ORDER MODIFYING CLAIM OF Herring Bank (Claim #17-1) #46

On this day came on to be heard Debtors' Objection to Claim of Herring Bank. After reviewing the pleadings and/or hearing arguments of counsel, the Court finds the claim of Herring Bank (Claim #17-1) for $4,546.86 should be disallowed as secured and allowed as unsecured.

IT IS THEREFORE, ORDERED, DECREED AND ADJUDGED that the claim of Herring Bank (Claim #17-1) for $4,546.86 filed in the above-entitled matter is disallowed as secured and allowed as unsecured.

# # # END OF ORDER # # #

PREPARED BY:
Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Ave.
Wichita Falls, TX 76301
(940)723-0099
legal@montejwhite.com